

**FILED**

MAY - 2 2013

Clerk, U.S. District Court
District Of Montana
Helena

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| RICHARD CALLAWAY, | |
| Plaintiff, | CV 11-90-GF-SEH |
| vs. | |
| | ORDER |
| MARTIN FRINK, CHAPLAIN MECKLING, AND JOHN OR JANE DOE, | |
| Defendants. | |

United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] on April 3, 2013. Plaintiff filed objections on April 17, 2013.[2] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 27.

[2] Document No. 28.

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendation and adopt it in full.

ORDERED:

1.    Defendant's Motion for Summary Judgment[3] is GRANTED.

2.    The Clerk is directed to enter judgment accordingly.

DATED this 2nd day of May, 2013.

SAM E. HADDON
United States District Judge

---

[3] Document No. 20.